**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

## LAW OFFICE OF A. MANNY ALICANDRO
85 JOHN STREET, SUITE 10N
NEW YORK, NY 10038

February 14, 2020

**Service to All Parties Via ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** Stephen M. Silverthorne v. Morgan Stanley, Case No. 19-cv-11514-VEC

Dear Judge Caproni:

This law firm ("Firm") represents Petitioner Stephen Silverthorne in the above-captioned action. This Firm seeks leave of the Court to withdraw as Petitioner's counsel based upon a fundamental disagreement between the Firm and the Petitioner as to how this matter should proceed. Due to the gravitas of Petitioner's claims, he would be severely prejudiced without representation by counsel. We are respectfully requesting that the Court grant Petitioner a 60 day stay to afford him the opportunity to obtain counsel.

This Firm has not, and will not, assert either a charging or retaining lien in connection with the Firm's representation of the Petitioner in this action.

Based upon the foregoing, it is respectfully requested that the Court grant the Firm leave to withdraw as counsel to the Petitioner.

Respectfully submitted,

*A. Manny Alicandro*

A. Manny Alicandro

---

Counsel for Petitioner must submit an *ex parte* letter to CaproniNYSDchambers@nysd.uscourts.gov no later than **February 20, 2020**, explaining counsel's reason for their request to withdraw, including what fundamental disagreement has precipitated their request. Counsel must deliver a copy of this order and their letter to Petitioner no later than **February 22, 2020**.

SO ORDERED.

*Valerie Caproni* 2/18/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE