```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/26/2020
```

------------------------------------------------------------- X
STEPHEN M. SILVERTHORNE,

       Petitioner,

  -v-

MORGAN STANLEY,

       Respondent.
------------------------------------------------------------- X

19-CV-11514 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS Mr. Alicandro, counsel for Petitioner, submitted a request to withdraw from representation of Petitioner, Dkt. 27;

  WHEREAS Respondent opposed Petitioner's application, Dkt. 28; and

  WHEREAS the Court ordered Mr. Alicandro to submit an *ex parte* letter in support of his application, Dkt. 29;

  IT IS HEREBY ORDERED that Mr. Alicandro's request to withdraw is GRANTED and he is relieved as counsel. Petitioner must notify the Court no later than **March 11, 2020**, whether he is proceeding *pro se* or has retained new counsel. Petitioner's reply, if any, in further support of the Petition to Vacate Arbitration is due no later than **April 1, 2020**. As of that date, the Court will consider the Petition fully briefed and ripe for disposition.

  Mr. Alicandro must deliver a copy of this Order to his client via First Class mail and email and post proof of service on ECF.

The Court also notes that both Mr. Alicandro and his client are not relieved by this Order from any obligation to respond to the Rule 11 motion referenced in Respondent's opposition letter, *see* Dkt. 28.

SO ORDERED:

February 26, 2020  
New York, New York

VALERIE CAPRONI  
United States District Judge