```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
STEPHEN M. SILVERTHORNE,                                             :
                                                                     :
                            Petitioner,                              :
                                                                     :         19-CV-11514 (VEC)
            -v-                                                      :
                                                                     :         <u>ORDER</u>
MORGAN STANLEY,                                                      :
                                                                     :
                            Respondent.                              :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 8, 2020, this Court ordered Petitioner to show cause why this case should not be dismissed with prejudice for failure to prosecute (Dkt. 37);

WHEREAS the Court ordered Respondent to serve Petitioner with the Court's Order via email and First Class Mail no later than April 10, 2020 (Dkt. 37);

WHEREAS Respondent certified that it served the Order on Petitioner via First Class Mail and email at gsninvestment@gmail.com on April 15, 2020 (Dkt. 38);

WHEREAS Petitioner's former counsel has previously emailed Petitioner at a different email address: gsninvestments@gmail.com (*see* Dkt. 32);

IT IS HEREBY ORDERED that Petitioner's time to show cause is extended to **May 3, 2020**. The Clerk of Court is directed to note on ECF that this Order and docket entry 37 have been sent by Chambers to Petitioner's email (both gsninvestments@gmail.com and gsninvestment@gmail.com) and via First Class Mail.

SO ORDERED:

                                                    _____
April 23, 2020                                      VALERIE CAPRONI
New York, New York                                  United States District Judge