USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020

**From:** Caproni NYSD chambers
**To:** Peter Devlin
**Subject:** FW: Orders, Silverthorne v. Morgan Stanley, 19-cv-11514
**Date:** Thursday, April 23, 2020 3:00:39 PM

**From:** joe no <gsninvestments@gmail.com>
**Sent:** Thursday, April 23, 2020 1:48 PM
**To:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
**Subject:** Re: Orders, Silverthorne v. Morgan Stanley, 19-cv-11514

Thank you I am currently in the process of filing Bankruptcy but the process is slowed due to the current covid 19 issue.
Thanks Steve

Sent from my iPhone

> On Apr 23, 2020, at 11:44 AM, Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov> wrote:
>
> Good morning,
>
> Please see attached two orders from Judge Caproni in Silverthorne v. Morgan Stanley, 19-cv-11514.
>
> Sincerely,
>
> Peter A. Devlin
> Law Clerk to the Honorable Valerie Caproni
> United States District Court for the Southern District of New York
> 40 Foley Square | New York, New York 10007
>
> <19cv11514 200408 Order.pdf>
> <19cv11514 200423 Order.pdf>