UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
STEVEN M. SILVERTHORNE,

                Petitioner,          Case No.: 19-cv-11514-VEC

      -against-                **STIPULATION WITHDRAWING**
                                                       **MOTION FOR SANCTIONS**

MORGAN STANLEY,

                Respondent.
------------------------------------- X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned that Respondent Morgan Stanley's Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927 (ECF Doc. No. 31) is hereby withdrawn with prejudice.

Dated: New York, New York
         May 26, 2020

                                                  **Dilworth Paxson, LLP**

                                      By: _/s/ Ira N. Glauber_
                                      Ira N. Glauber, Esq. (ING 8383)
                                      Yonit Caplow, Esq.
                                      99 Park Avenue, Suite 320
                                      New York, New York 10016
                                      Tel: (917) 675-4252
                                      _Counsel for Respondent_
                                      _Morgan Stanley Smith Barney LLP_

                                      ~~Law Offices of A. Manny Alicandro~~

                                      By: _/s/ A. Manny Alicandro_
                                      A. Manny Alicandro
                                      85 John Street, Suite 10N
                                      New York, New York 10038
                                      Tel: (646) 509-3842
                                      ~~_Counsel for Petitioner_~~
                                      ~~Steven M. Silverthorne~~